UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:22-cv-00244-MOC-WCM

| | | |
|---|---|---|
| **KELLY RHODARMER BOONE**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BUNCOMBE COUNTY BOARD OF EDUCATION, ET AL.**, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its own motion following the filing of a Motion to Dismiss by Defendants. (Doc. No. 7).

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding pro se, that she has a right to respond to Defendants' motion. The Court also advises Plaintiff that failure to respond may result in Defendants being granted the relief Defendants seek.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff shall respond to the pending Motion to Dismiss, (Doc. No. 7), within 14 days of service of this Order. Failure to file a timely response will likely lead to the Court granting Defendants' Motion to Dismiss.

Signed: February 6, 2023

Max O. Cogburn Jr
United States District Judge